SHIRLEY ET AL., APPELLEES, v. REPUBLIC–FRANKLIN INSURANCE COMPANY
ET AL.; WESTFIELD INSURANCE COMPANY, APPELLANT.

[Cite as *Shirley v. Republic–Franklin Ins. Co.*,
104 Ohio St.3d 638, 2005-Ohio-182.]

(Nos. 2004–1219 and 2004–1220—Submitted January
11, 2005—Decided February 2, 2005.)

---

{¶ 1} The judgment of the court of appeals is reversed on the authority of *Hopkins v. Dyer,* 104 Ohio St.3d 461, 2004-Ohio-6769, 820 N.E.2d 329, and the cause is remanded to the trial court for application of *Westfield Ins. Co. v. Galatis,* 100 Ohio St.3d 216, 2003-Ohio-5849, 797 N.E.2d 1256.

MOYER, C.J., LUNDBERG STRATTON, O'CONNOR and O'DONNELL, JJ., concur.

RESNICK and PFEIFER, JJ., dissent.

LANZINGER, J., not participating.

---

John S. Coury, for appellees.

Pelini & Fischer, Ltd., Craig G. Pelini and Mark F. Fischer, for appellant.